Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT GOMEZ,

       Plaintiff,

vs.

GAGE BOWL, INC.,

       Defendant.

Case No.: 2:25-cv-05257-PVC

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff , Robert Gomez, and Defendant Gage Bowl, Inc., by and through undersigned counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal *with* Prejudice of the above-styled action.

Dated: November 11, 2025

                                                  Respectfully Submitted,

                                                  /s/ Gerald D. Lane, Jr.
                                                  **GERALD D. LANE, JR., ESQ.**
                                                  California Bar No.: 352470
                                                  E-mail: gerald@jibraellaw.com
                                                  The Law Offices of Jibrael S. Hindi
                                                  1515 NE 26th Street
                                                  Wilton Manors, FL 33305
                                                  Phone: (754) 444-7539

                                                  *Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.